IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   **Tonya Thomas** ) | Case 15 B 23825 |
| ) | |
| ) | **Judge Timothy A Barnes** |
| Debtor(s)          ) | |

*Withdrawal of Notice of Final Cure Mortgage Payment*

Tanya R. Thomas
7820 S Maryland
Chicago, IL 60619

*Joseph Olstein via the clerk's electronic service*

Please take notice that the Trustee's previously filed Notice of Final Cure Mortgage Payments is hereby withdrawn.

*Certificate of Service*

The undersigned certifies that this office served a copy of the foregoing Notice upon the above listed parties on **December 20, 2018** by placing a copy of same in the U.S. mail, first class postage prepaid and/or addressed as indicated above.

O. Anthony Olivadoti
for Marilyn O. Marshall,
Standing Trustee

Marilyn O. Marshall
Standing Trustee
224 S. Michigan
Suite 800
Chicago, IL 60604
312-431-1300